Argued and submitted May 24, affirmed July 5, petition for review allowed
October 19, 2006 (341 Or 548)

Kathryn R. BAKER,
*Appellant,*

*v.*

CITY OF LAKESIDE,
*Respondent.*

04CV0381; A128181

138 P3d 894

Robert K. Udziela argued the cause and filed the briefs for appellant.

Gerald L. Warren argued the cause and filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum,* Judges.

PER CURIAM

Affirmed. *O'Brien v. State of Oregon,* 104 Or App 1, 799 P2d 171 (1990), *rev dismissed,* 312 Or 672 (1992); *Lawson v. Coos Co. Sch. Dist. #13,* 94 Or App 387, 765 P2d 829 (1988).

---

* Rosenblum, J., *vice* Richardson, S. J.